**FILED**
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8122

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Roberto AGUAYO-Herrera, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about February 10, 2008, within the Southern District of California, defendant Roberto AGUAYO-Herrera did knowingly and intentionally import approximately 57.54 kilograms (126.58 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH, DAY OF FEBRUARY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
           v.
Roberto AGUAYO-Herrera

STATEMENT OF FACTS

This complaint is based on the reports, documents, notes furnished to, and interviews conducted by U.S. Immigration and Customs Enforcement Special Agent Daryl Christensen.

On February 10, 2008, at approximately 0755 hours, Roberto AGUAYO-Herrera entered into the United States at the Calexico, California, West Port of Entry, from the Republic of Mexico. AGUAYO-HERRERA was the driver and registered owner of a 1987 Nissan pickup.

At primary inspection, AGUAYO-Herrera presented his valid Border Crossing Card to Customs and Border Protection Officer (CBPO) E. Sabori and stated that he was going to Santo Tomas. When asked what he was bringing from Mexico, AGUAYO-Herrera gave negative Customs declarations. CBPO Sabori conducted a primary inspection of the vehicle and noted that the bed of the truck seemed abnormally thick and sounded solid when tapped. The vehicle was escorted to secondary inspection where CBPO C. Jones utilized his Narcotic Detector Dog, which resulted in an alert to the bed of the truck.

During the secondary inspection, CBPO C. Morse again received a negative Customs declaration. When asked where he was going, AGUAYO-Herrera stated that he was going to the Santo Tomas (swap meet) to purchase a dish washer, then to Pep Boys to buy an air filter. When asked if he was the owner of the pickup, AGUAYO-

1  Herrera stated that it was his and that he had bought it in
2  November.
3       A search of the vehicle revealed a fabricated compartment in
4  the bed of the truck.  The compartment was opened and thirty-nine
5  (39) packages were discovered concealed inside.
6       One of the packages was probed, producing a green leafy
7  substance, which field-tested positive for marijuana.  The
8  thirteen packages of marijuana had a total weight of 57.54
9  kilograms (126.58 pounds).