FILED
FEB 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR530-H |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ROBERTO AGUAYO-HERRERA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 10, 2008, within the Southern District of California, defendant ROBERTO AGUAYO-HERRERA, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 57.54 kilograms (126.58 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 2-26-08 .

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
2/19/08