1 KAREN P. HEWITT
United States Attorney
2 CHARLOTTE E. KAISER
Assistant United States Attorney
3 California State Bar No. PENDING
United States Attorney's Office
4 880 Front Street, Room 6293
San Diego, California 92101-8893
5 619-557-7031 (Telephone)/619-557-5551 (Fax)
Email: charlotte.kaiser@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0530-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ROBERTO AGUAYO-HERRERA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. There are no other government attorneys associated with this case who should be listed as lead counsel for CM/ECF purposes, and who should receive all Notices of Electronic Filings relating to activity in this case. Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

    U.S. Attorney CR.

    Please feel free to call me if you have any questions about this notice.

    DATED: March 24, 2008.

    KAREN P. HEWITT
    United States Attorney

    /s/Charlotte E. Kaiser
    CHARLOTTE E. KAISER
    Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR0530-H |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| v. | |
| ROBERTO AGUAYO-HERRERA, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Charlotte E. Kaiser, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated March 24, 2008, and this Certificate of Service, dated March 24, 2008, on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies:

Paul W. Blake, Attorney for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on March 24, 2008.

/s/Charlotte E. Kaiser
CHARLOTTE E. KAISER
Assistant United States Attorney

Certificate of Service
United States v. Roberto Aguayo-Herrera                                                     08CR0530-H