```
 1  PAUL W. BLAKE
    Attorney at Law
 2  State Bar #94963
    4045 Bonita Road, Suite 202
 3  Bonita, California 91902
    (619) 908-6429/FAX (760) 943-0299
 4
 5  Attorney for Defendant ROBERTO ANTONIO AGUAYO-HERRERA
 6
```

### UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE MARILYN L. HUFF)

| UNITED STATES OF AMERICA, | ) Case No.  Case No. 08-CR-00530-1-H |
|---|---|
| Plaintiff, | ) |
| vs. | ) JOINT MOTION AND STIPULATION<br>) TO CONTINUE SENTENCING DATE |
| ROBERTO ANTONIO AGUAYO-HERRERA, | ) DATE:   June 30, 2008<br>) TIME:   9:00 a.m. |
| Defendant. | ) |

Defendant ROBERTO ANTONIO AGUAYO-HERRERA, by and through his court-appointed attorney Paul W. Blake, herewith files his request to continue the sentencing date. The government has been advised and has no opposition. Said date to be changed from May 27, 2008 at 9:00 a.m. to June 16, 2008, at 9:00 a.m.

It is stipulated that the period covered by this continuance is deemed excludable for all purposes and the parties signify their acceptance of this motion and joint stipulation by their electronic signatures below.

Date: April 29, 2008        /s/ Paul W. Blake
                            PAUL W. BLAKE
                            Attorney for Defendant Roberto Antonio Aguayo-Herrera


Date: April 29, 2008        /s/ Charlotte Kaiser
                            CHARLOTTE KAISER
                            ASSISTANT U.S. ATTORNEY

1:\BLAKE\Aguayo-Herrero.stipcontsent

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
10                     **(HONORABLE MARILYN L. HUFF)**

11  UNITED STATES OF AMERICA           )   Case No. 08-CR-00530-1-H
                                       )
12          Plaintiff,                 )
                                       )
13  vs.                                )   PROPOSED ORDER
                                       )
14  ROBERTO ANTONIO AGUAYO-            )
                                       )
15  HERRERA,                           )
                                       )
16          Defendant.                 )
                                       )
17  _____    )

18

19      For good cause appearing and pursuant to the joint motion and stipulation contained

20  herein, and in particular with the agreement that the additional time continues to be

21  excludable,

22      This matter is hereby continued from May 27, 2008, at 9:00 a.m. to June 16, 2008, at

23  9:00 a.m.

24

25  Date:                          _____
                                   JUDGE OF THE U.S. DISTRICT COURT
26
27
28

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing documents:

**JOINT MOTION AND STIPULATION TO CONTINUE SENTENCING DATE; PROPOSED ORDER**

was served on April 29, 2008, upon the below named parties:

**MAILING INFORMATION FOR A CASE 08-CR-00530-1-H**

1. **Electronic Mail Notice List**

The following are those who are currently on the list to receive email notices for this case.

efile.dkt.gc1@usdoj.gov

Date: April 29, 2008      /s/ Paul W. Blake
PAUL W. BLAKE
Attorney for Defendant ROBERTO ANTONIO AGUAYO-HERRERA
paulwblake@cox.net