1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br>vs.<br><br>**ROBERTO ANTONIO AGUAYO-HERRERA,**<br><br>                       Defendant. | CASE NO. 08-CR-530 H<br><br>ORDER CONTINUING SENTENCING DATE |
|---|---|

    For good cause appearing and pursuant to the joint motion and stipulation contained herein, and in particular with the agreement that the additional time continues to be excludable under the Speedy Trial Act. The defendant is currently in custody.

    This matter is hereby continued from May 27, 2008 at 9:00 a.m. to **June 16, 2008 at 9:00 a.m.**

    **IT IS SO ORDERED.**

**Dated:   MAY 8, 2008**

_____
**MARILYN L. HUFF, District Judge**
**UNITED STATES DISTRICT COURT**